10483731

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 0 9 2025

BY
DEPUTY _____

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Ezequiel Zuniga<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No.  1:18cr |

2:39 pm Jun 10, 2025
**RECEIVED**
EASTERN DISTRICT OF TEXAS

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   EZEQUIEL ZUNIGA                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☑ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:


Date:   06/10/2025

*David A. O'Toole*
*Issuing officer's signature*

City and state:   Beaumont, TX             David A. O'Toole, Clerk of Court
                                            *Printed name and title*

### Return

This warrant was received on *(date)*  6-10-25 , and the person was arrested on *(date)*  7-3-25
at *(city and state)*  Beaumont, TX          .

Date:  7-9-25

*(signature)*
*Arresting officer's signature*

Thomas Jenkins / DUSM
*Printed name and title*