AO 442 (Rev. 11/11) Arrest Warrant           10876/98

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Greg Citizen aka Red | ) | Case No. 1:18cr5-13 |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

2019 MAY -3 PM 4:10
RECEIVED
UNITED STATES MARSHAL
EASTERN DISTRICT OF TEXAS

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   GREG CITIZEN aka RED

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment (SEALED)   ☑ Superseding Indictment (SEALED)   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 USC 846  Conspiracy to possess with intent to distribute Cocaine HCL
18 USC 1956(h),(i)  Conspiracy to launder monetary instruments

Date:   5/3/19

City and state:   Beaumont, TX

*David A. O'Toole*
Issuing officer's signature

David A. O'Toole, Clerk of Court
Printed name and title

### Return

This warrant was received on *(date)* 6-9-25, and the person was arrested on *(date)* 8-20-25
at *(city and state)* Crowley, LA

Date:   8-20-25

*Robert A. Smith*
Arresting officer's signature

Robert A. Smith  DUSM
Printed name and title

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 21 2025

BY
DEPUTY_____